MARLIS PARK, P.C.
Young K. Park SB# 287589
 E-Mail: young@marlispark.com
Tara H. Hattendorf SB# 327253
 E-Mail: tara@marlispark.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
MARIA FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORES, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>METAL IMPROVEMENT COMPANY, LLC; a Delaware corporation; and DOES 1 through 50,<br>    Defendants. | Case No.: 2:22-cv-08231-AB-MRW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  André Birotte Jr.<br>Dept:    7B<br>Action Filed:  October 7, 2022<br>Trial Date:  March 19, 2024 |

WHEREAS the parties to this action, and each of them have fully and finally resolved all issues set forth in this case.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maria Flores ("Plaintiff") and Defendant Metal Improvement Company, LLC ("Defendant") (collectively, the "Parties") by and through their counsel, stipulate and agree that the above-captioned case, designated Case No. 2:22-cv-08231-AB-MRW, be dismissed in its entirety, and that all claims asserted in the action be dismissed with prejudice.

1    The Parties, by and through their counsel, further stipulate and agree that each

2  party shall bear its and/or his own costs and attorneys' fees.

3

4  DATED: January 9, 2024          MARLIS PARK, P.C.

5

6

7                                  By:    _/s/ Younk K. Park_____
                                         Young K. Park, Esq.
8                                        Tara H. Hattendorf, Esq.
                                         Attorneys for Plaintiff,
9                                        MARIA FLORES

10

11

12

13  DATED: January 9, 2024          JACKSON LEWIS P.C.

14

15

16                                 By:    _/s/ Sergio C. Ponce_____
                                         Louis C. Klein, Esq.
17                                       Sergio Ponce, Esq.
                                         Attorneys for Defendant,
18                                       METAL IMPROVEMENT COMPANY,
                                         LLC
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Young K. Park, Esq., counsel for Plaintiff Maria Flores and that I have obtained his authorization to affix his electronic signature to this document.


DATED:  January 9, 2024              JACKSON LEWIS P.C.


                        By:    /s/ Sergio C. Ponce
                               Louis C. Klein
                               Sergio C. Ponce

                               Attorney for Defendant
                               METAL IMPROVEMENT COMPANY, LLC

.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE