# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA FLORES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METAL IMPROVEMENT COMPANY, LLC; a Delaware corporation; and DOES 1 through 50,<br>　　　　Defendants. | Case No.: 2:22-cv-08231-AB-MRW<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:　André Birotte Jr.<br>Dept:　　7B<br>Action Filed:　October 7, 2022<br>Trial Date:　March 19, 2024 |

　　Based on the stipulation of the Parties, and good cause appearing therefor, **IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

Dated:　January 11, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

- 1 -
[~~PROPOSED~~] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE